Richard C. Gramlich, (SBN 014449)

**TB TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-Mail: RCG@tblaw.com

*Attorneys for Plaintiff*

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SOUTHWEST ENERGY SYSTEMS, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE PHOENIX INSURANCE COMPANY, a Connecticut corporation; THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants.<br><br>vs.<br><br>FARMER WOODS GROUP, LLC, an Arizona corporation; MICHAEL RYAN AND DEB RYAN, husband and wife,<br><br>Intervenors. | Case No. CV-17-04241-PHX-DLR<br><br>**NOTICE OF DISMISSAL, WITHOUT PREJUDICE** |

Plaintiff Southwest Energy Systems, LLC ("SWE") by and through its attorney undersigned, hereby dismisses this case, without prejudice, as to The Phoenix Insurance Company and The Charter Oak Fire Insurance Company. No responsive pleading has been filed with this Court on behalf of the Defendants and the Intervenors will be dismissing their claims also, as this matter is being joined into the sister Maricopa County Superior Court case No. CV2017-015010.

////

DATED this **30** day of March, 2018.

                                    **TIFFANY & BOSCO, P.A.**

                                    By: _____
                                          Richard C. Gramlich
                                          2525 East Camelback Road, 7th Floor
                                          Phoenix, Arizona 85016
                                          ***Attorneys for Plaintiff***

**ORIGINAL** filed with the Court
this **30** day of March, 2018 and
**COPY** of same emailed even
date to:

Myles Patrick Hassett (mph@hassettlawfirm.com)
Jamie Alexander Glasser (jamie@hassettlawfirm.com)
**HASSETT LAW FIRM, PLC**
1221 East Osborn Road, Suite 200
Phoenix, Arizona  85014-5541
***Attorneys for Intervenor***

William C. Reeves (wreeves@mfrlegal.com)
**MORALES FIERRO & REEVES**
2300 Contra Costa Boulevard
Suite 310
Pleasant Hill, California  94523


   */s/ Elizabeth Franklin*

-2-